No. 178, Misc. Ex parte Sztwiertnia. The motion for leave to file petition for writ of habeas corpus is denied. Mr. Justice Black and Mr. Justice Douglas would grant leave to file. Leave to file not being granted, they would deny only without prejudice to petitioner's right to file a petition for writ of habeas corpus in the United States District Court. In either case they would appoint counsel to represent petitioner.

No. 250, Misc. Stephenson *v.* New Jersey et al. Motion for leave to file petition for writ of habeas corpus denied.

No. 500. United States *v.* Dixon. Appeal from the United States District Court for the Northern District of Georgia. Probable jurisdiction noted. *Acting Solicitor General Stern* for the United States.

No. 154. Downing et al. *v.* Securities and Exchange Commission et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Joseph B. Hyman* and *John F. X. Finn* for petitioners. *Acting Solicitor General Davis, Roger S. Foster* and *Aaron Levy* for the Securities and Exchange Commission; and *Richard Joyce Smith* for the United Corporation, respondents.